UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MYA MEADOW MASON-BYERS, | Case No. 19-cv-08405-RMI |
| Plaintiff, | |
| v. | **ORDER** |
| UKIAH UNIFIED SCHOOL DISTRICT, et al., | Re: Dkt. No. 9 |
| Defendants. | |

On January 31, 2020, Plaintiff filed a Consent to Magistrate Judge Jurisdiction form (dkt. 9). On the second page of the filing, Plaintiff asks whether an attorney will be assigned to her because she "could use guidance with the filings and basic court process." *See id*. at 2. In addition, Plaintiff states that due to her rural location she may ask the undersigned for permission to e-file. *Id*. While not technically brought as motions, the court liberally construes Plaintiff's statements as a request for the appointment of counsel and for permission to e-file.

Generally, there is no constitutional right to counsel in a civil case. *See Lassiter v. Dep't of Soc. Servs. of Durham Cty., N.C.*, 452 U.S. 18, 101 S.Ct. 2153 (1981). The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits, and (2) the ability of the plaintiff to articulate her claims *pro se* in light of the complexity of the legal issues involved. *See id*. at 1525; *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Both factors must be viewed together before reaching a decision on a request for counsel under § 1915. *See id*.

At this time, the court does not find that exceptional circumstances exist which would

warrant seeking volunteer counsel to accept a *pro bono* appointment. Without passing judgment as to the likelihood of success of Plaintiff's claims, the court finds that Plaintiff has been able to articulate her claims adequately considering the complexity of the issues involved. *See Agyeman v. Corrs. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). Furthermore, Plaintiff's request is for assistance related to guidance with filings and help with understanding basic court processes. It is likely that Plaintiff could receive assistance in those areas from the Legal Help Center, which is a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco that provides information and limited-scope legal assistance to *pro se* litigants in civil cases. More information about the Center can be found at this website address: https://www.cand.uscourts.gov/about/court-programs/legal-help-desks/. In addition, the court would point Plaintiff to the court's Pro Se Handbook, 2020 Edition, which can be found at this website address: https://www.cand.uscourts.gov/pro-se-litigants/, along with other helpful information.

As to the request for permission to e-file, the court will instruct Plaintiff to make that request formally and will attach the court's sample motion form to the end of this Order.

**IT IS SO ORDERED.**

Dated: February 3, 2020

ROBERT M. ILLMAN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## Northern District of California

## PRO SE ECF REGISTRATION

All cases in the Northern District of California are included in the Electronic Case Filing (ECF) Program. If your application to participate in the ECF Program is granted, all documents that you file must be submitted electronically. **Do not submit this form unless the Judge has granted your motion for permission to e-file.**

By signing and submitting to the court a request for an ECF User ID and Password, you consent to entry of your e-mail address into the court's electronic service registry for electronic service on you of all e-filed papers pursuant to Rules 5(d)(3) and 77(d) of the Federal Rules of Civil Procedure.

For more information, please see the Local Rules and General Orders available at: www.cand.uscourts.gov.

To obtain a login and password for access to the ECF system,

1. **Fill out this form completely on your computer, <u>save it</u>, and email it** to: ECFREG@cand.uscourts.gov.

   **AND**

2. **Print out this form, sign it and keep the original for your records.**

Last Name: _____

First Name: _____

Middle Name: _____

Suffix (Jr., Sr., Esq., etc.): _____ (Optional)

Company Name: _____ (Optional)

Address 1: _____

Address 2: _____

City: _____

State (2-letter abbreviation): _____ Zip : _____

Telephone (with area code): _____

E-mail address (for service of electronically filed papers): _____

Login (must be Last Name PLUS 2 letters AND 2 numbers): _____ Example:smithxy45

Your "Keys" are used to identify you to our support personnel should you lose your password.
Example: Q: "What is my dog's favorite food?" A: "Lasagna"

Key Question : _____

Key Answer : _____

Case Number (REQUIRED): _____  Date of Order Granting E-Filing (REQUIRED): _____

Case Name : _____

Signature: _____ Date: _____

**To affirm that you have signed this form, type /s/ in the signature blank above.** This "conformed signature" on the electronic copy carries the weight of a real signature. Sign the original and keep it for your records.

We will confirm your registration and send your ECF password via email within three business days of our receipt of your application via email.