# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# EUREKA DIVISION

| | |
|---|---|
| MYA MEADOW MASON-BYERS, | Case No. 19-cv-08405-RMI |
| Plaintiff, | |
| v. | **ORDER** |
| UKIAH UNIFIED SCHOOL DISTRICT, *et al*., | Re: Dkt. No. 15 |
| Defendants. | |

Before the court is Defendants' Motion for a More Definite Statement (dkt. 15) under Rule 12(e). On March 4, 2020, Plaintiff filed an Amended Complaint (dkt. 23). Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff may amend "as a matter of course" within 21 days after service of a motion under Rule 12(e). Fed. R. Civ. P. 15(a)(1)(B). Because the Motion for A More Definite Statement relates to the original Complaint, and because the Amended Complaint supersedes the original, the Motion for A More Definite Statement (dkt. 15) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: March 5, 2020

ROBERT M. ILLMAN
United States Magistrate Judge